Penny L Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, PC
4854 E Baseline Rd., Suite 104
Mesa, AZ 85206
Telephone: (480) 833-1001

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff* DEBORAH SCHICK and the Class

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Deborah Schick, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>National Plan Advisors, Inc., a Florida corporation,<br><br>Defendant. | Case No. 2:20-cv-00122-DJH<br><br>NOTICE OF VOLUNTARY DISMISSAL |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Deborah Schick, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses this lawsuit against Defendant National Plan Advisors, Inc. ("Defendant" or "NPA") with prejudice as to her individual claims and without prejudice to the claims of any other potential class member.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

(1) *By the Plaintiff*.

(A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; . . .

(B) *Effect*. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Fed. R. Civ. P. 41(a)(1).

In this case, Defendant has neither answered Plaintiff's Complaint nor served a motion for summary judgment. In addition, Rule 23's exceptions do not apply because no class has been certified in the matter. Likewise, this case does not involve any receiver, and therefore Rule 66 does not apply. Finally, Plaintiff has not previously dismissed any state or federal action based on the claims alleged in the Complaint.

Accordingly, Plaintiff hereby voluntary dismisses all claims in this action as to herself in her individual capacity with prejudice.

Respectfully submitted,

Dated: March 26, 2020

**DEBORAH SCHICK**, individually and on behalf of all others similarly situated,

By: /s/ Stephen A. Klein
   One of Plaintiff's Attorneys

Penny L Koepke
pkoepke@hoalaw.biz
Maxwell & Morgan, PC
4854 E Baseline Rd., Suite 104
Mesa, AZ 85206
Telephone: (480) 833-1001

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Stephen A. Klein*
sklein@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Class
* *Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2020, I electronically filed the foregoing with the Clerk of the Court of the United States District Court, District of Arizona using the CM/ECF system, which will send notification of such filing to all counsel of record.

Date: March 26, 2020                    By:  /s/ Stephen A. Klein